271 F.2d 128
 J. A. BRAGG, INC., a Corporation, Petitioner,
v.
John H. DRUFFEL, as Judge of the District Court of the
United States for the Southern District of Ohio,
Western Division, Respondent.
 No. 14032.
 United States Court of Appeals Sixth Circuit.
 Oct. 7, 1959.
 
 J. Earl Pratt and Pratt, Kennedy & Moore, Ironton, Ohio, for petitioner.
 Before McALLISTER, Chief Judge, and MILLER and CECIL, Circuit Judges.
 PER CURIAM.
 
 
 1
 Petitioner's application for a writ of mandamus against the respondent herein is denied. Jewell v. Davies, 6 Cir., 192 F.2d 670, certiorari denied 343 U.S. 904, 72 S.Ct. 635, 96 L.Ed. 1323; Hudson Lumber Co. v. United States Plywood Corp., 9 Cir., 181 F.id 929, 930; Roche v. Evaporated Milk Association, 319 U.S. 21, 63 S.Ct. 938, 87 L.Ed. 1185; Massey-Harris-Ferguson, Ltd. v. Boyd, 6 Cir., 242 F.2d 800, 803, certiorari denied, 355 U.S. 806, 78 S.Ct. 48, 2 L.Ed.2d 50.